# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1955

_____

Robert L. Peterson,       *
     *
        Appellant,     *
     *    Appeal from the United States
   v.                 *    District Court for the District
     *    of North Dakota.
Kenneth S. Apfel, Commissioner of the   *
Social Security Administration,     *       [UNPUBLISHED]
     *
        Appellee.      *

_____

Submitted:  December 16, 1999

Filed:  December 23, 1999

_____

Before McMILLIAN and FAGG, Circuit Judges, and BOGUE,* District Judge.

_____

PER CURIAM.

Robert L. Peterson appeals the district court's grant of summary judgment affirming the commissioner's decision to deny Peterson disability insurance benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an extended opinion would serve no useful purpose in this fact-

_____

*The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

intensive case. We find substantial evidence on the record as a whole supports the decision of the Commissioner that Peterson is not disabled for social security purposes. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.